Decided September 14, 1994

STATE OF CONNECTICUT *v.* STEFAN BAGLEY

The defendant's petition for certification for appeal from the Appellate Court, 35 Conn. App. 138 (AC 11596), is denied.

*Richard A. Fuchs,* in support of the petition.

*Donald A. Browne,* state's attorney, in opposition.

Decided September 14, 1994